James GODOY et al., Plaintiffs–
Appellants,

v.

Robert A. HOREL, Warden; et
al., Defendants–Appellees.

No. 10–15801.

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2011.*

Filed July 13, 2011.

Herman Franck, Elizabeth Vogel, Esquire, Franck & Associates, Sacramento, CA, for Plaintiffs–Appellants.

Christopher Michael Young, Esquire, Attorney General Office, San Francisco, CA, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Before: HUG, SILVERMAN, and GRABER, Circuit Judges.

### MEMORANDUM **

Plaintiffs are eight California prisoners who challenge the decision by Defendants, who are state officials or employees, to raise the price of certain goods, such as coffee, in the prison canteen. Reviewing de novo the district court's dismissal of Plaintiffs' claims for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), *Caviness v. Horizon Cmty. Learning Ctr., Inc.*, 590 F.3d 806, 811–12 (9th Cir.2010), we affirm the district court for the cogent reasons stated in its order.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).